IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARDELL WALKER, JR.,          )
                                  )
        Plaintiff,      )
                                  )
vs.                         )   Case No. 3:19-CV-00664-MAB
                                  )
DANIEL HARRIS,          )
                                  )
        Defendant.    )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 5, 2019, and Plaintiff's First Amended Complaint (filed on September 27, 2019), Defendant Christopher Thompson was DISMISSED from this action (Doc. 8, 9).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated November 25, 2019, Defendant Pinckneyville Correctional Center was DISMISSED with prejudice (Doc. 12).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated June 22, 2020, John Doe #2 Defendant was DISMISSED without prejudice (Doc. 18).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated October 7, 2020, the John Doe Defendant was DISMISSED from this case (Doc. 30).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 1,

2021, Defendant Jeffrey Dennison was DISMISSED without prejudice (Doc. 51).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 2, 2021 (Doc. 58), which granted Defendants' Motions for Summary Judgment on the issue of Exhaustion, this action was **DISMISSED without prejudice.**


DATED: August 2, 2021

**MARGARET M. ROBERTIE,**
**Clerk of Court**

BY:  _/s/ Jennifer Jones_
      **Deputy Clerk**


APPROVED:  _/s/ Mark A. Beatty_
            **MARK A. BEATTY**
            **United States Magistrate Judge**